# Third District Court of Appeal

## State of Florida

Opinion filed April 13, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1215
Lower Tribunal No. 16-28388

————————

**Ramon Fernandez,**
Appellant,

vs.

**Mayra B. Fernandez,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Judith K. Rubenstein, Senior Judge.

Law Office of Laurence A. Wanshel, P.A., and Laurence A. Wanshel, for appellant.

O'Connor Law Firm, PLLC, and Sean P. O'Connor, for appellee.

Before LOGUE, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.